# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF FLORIDA

### TAMPA DIVISION

Case Number: _8:02-CV-134-T-23 TBM_

FILED

02 JAN 23 PM 12:52

ROSE JARRELL AND THOSE SIMILARLY SITUATED,

PLAINTIFF(S)

v.

1. THE BANK OF NEW YORK [A.K.A. BANK OF NEW YORK]

2. CENDANT MORTGAGE COMPANY [A.K.A. CENDANT MORTGAGE],

3. CENDANT CORPORATION,

4. COUNTRYWIDE HOME LOANS, INC. [A.K.A. FULL SPECTRUM LENDING],

5. HOUSEHOLD FINANCE CORPORATION III,

6. CHASE MANHATTAN MORTGAGE CORPORATION  [A.K.A. CHASE, FEDERAL NAT. MTG.],

7. FEDERAL NATIONAL MORTGAGE ASSOCIATION,

8. JOHN H. ADAMS,

9. SPOUSE OF JOHN H. ADAMS,

10. CAROL E. DRAPER,

11. SPOUSE OF CAROL E. DRAPER,

12. BRIAN MARK,

13. OSCEOLA COUNTY BAR ASSOCIATION,

14. OSCEOLA COUNTY BLUE LODGE OF THE SCOTTISH RITE OF FREEMASONRY,

15. OSCEOLA COUNTY, FLORIDA,

16. SPLENDID CHINA [A.K.A. PEOPLES REPUBLIC OF CHINA],

SCANNED

17. THE DRAPER LAW FIRM,

18. SCOTT D. STAMATAKIS,

19. SPOUSE OF SCOTT D. STAMATAKIS,

20. ECHEVARRIA & ASSOCIATES P.A.,

21. AKERMAN,SENTERFIT & EIDSON P.A.,

22. BRETT MARKS,

23. SPOUSE OF BRETT MARKS,

24. HARRY STEWART,

25. SPOUSE OF HARRY STEWART,

26. CARLTON FIELDS,

27. HYWELL LEONARD,

28. SPOUSE OF HYWELL LEONARD,

29. BRIAN T. MCELFATRICK,

30. SPOUSE OF BRIAN T. MCELFATRICK,

31. BUSH,ROSS,GARDNER,WARREN & RUDY P.A.,

32. ANTHONY R. MANCUSO,

33. SPOUSE OF ANTHONY MANCUSO,

34. DOUGLAS BLECKI,

35. SPOUSE OF DOUGLAS BLECKI,

36. ANDREW FIVECOAT,

37. SPOUSE OF ANDREW FIVECOAT,

38. MARK J. HINKLE,

39. SPOUSE OF MARK J. HINKLE,

40. ESTATE OF MARK J. HINKLE,

41. WILLIAM HARRISON,

42. SPOUSE OF WILLIAM HARRISON,

43. ESTATE OF WILLIAM HARRISON,

44. HENRY R. SILVERMAN,

45. SPOUSE OF HENRY R. SILVERMAN,

46. ESTATE OF HENRY R. SILVERMAN,

47. THOMAS A. RENYI,

48. SPOUSE OF THOMAS A. RENYI,

49. FLORIDA DEPT. OF VOC. REHABILITATION,

50. THE HONORABLE JUDGE CORCORAN III,

51. THE HONORABLE JUDGE THOMAS BAYNES,

52. THE FLORIDA BAR ASSOCIATION,

53. UNITED STATES TRUSTEE,TERRY SMITH,

54. THE HONORABLE JUDGE MERRITT,

55. THE HONORABLE JUDGE TOMBRINK,

56. THE HONORABLE GEORGE SPRINKEL THE FOURTH,

57. THE HONORABLE JUDGE HUNTER,

58. THE HONORABLE JUDGE LEGENDRE,

59. FLORIDA JUDICIAL QUALIFICATIONS COMMISSION,

60. BROOKE S. KENNERLY,

DEFENDANT(S)

_____/


## CIVIL RIGHTS COMPLAINT

## FEDERAL TORT CLAIMS LAW SUIT

LF-39 (rev 12/01/98)

## DEFENDANTS [CONTINUED]

ROSE JARRELL, et al,

     V.

**ORANGE COUNTY/ COMPTROLLER,**
**OSCEOLA COUNTY/ COMPTROLLER,**
**ORANGE COUNTY BAR ASSOCIATION, INC.,**
**THE UNITED GRAND LODGE OF ENGLAND,**
**ORANGE LODGE NO. 36 FREE AND ACCEPTED MASONS OF FLORIDA,**
**SCOTTISH RITE TEMPLE ASSOCIATION,**
**SCOTTISH RITE FOUNDATION OF FLORIDA, U.S.A., INC.,**
**LARRY WALEY,**
**FULL SPECTRUM LENDING,**
**CENDANT CORPORATION,**
**CENDANT OPERATIONS,**
**TERRY RUSSELL,**
**JOHN ENGLEHARDT,**
**MOURIDY, GLEN,**
UNKNOWN SPOUSE OF MOURIDI, GLEN,

**DEFENDANT(S)**
                                                   /

## COMPLAINT FOR INTERVENTION,INJUNCTION AND DECLARATORY RELIEF

**PLAINTIFF HEREBY SUES THE ABOVE-LISTED 60 DEFENDANT(S) AND HEREBY ALLEGES,SETS FORTH AND COMPLAINS OF THE FOLLOWING VIOLATIONS OF THE FOREGOING LAWS OR STATUTES,AND GRIEVANCES,CHARGES ABOUT THE DEFENDANTS AND THEIR CONDUCT MORE SPECIFICALLY SET FORTH TO-WIT AND INVOKING THE APPLICABLE LAWS AND STATUTES AS RESPECTFULLY SET FORTH TO-WIT:**

### ARTICLE III § 2 OF THE CONSTITUTION
### 1ST,5TH,8TH,9TH,14TH AMENDMENTS

**DISCRIMINATION,EQUAL PROTECTION AND ACCESS TO JUSTICE,DEPRIVATION OF RIGHTS CAUSING INJURY,42 U.S.C.§ 1983,18 U.S.C. 241 & 242,RICO,CONSPIRACY TO DEPRIVE EQUAL PROTECTION OF THE LAWS RESULTING IN INJURY,MANDAMUS 28 U.S.C. § 1361,ANTITRUST,UNFAIR AND MONOPOLISTIC PRACTICES,BRIBERY AND ASSOCIATED MISUSE OF PUBLIC OFFICE,CONSPIRACY,MISPRISION,18 § U.S.C. 2-4,SEDITION,CULPABLE NEGLIGENCE,MALPRACTICE,LIBEL,SLANDER,INTERFERENCE WITH COMMERCE BY MEANS OF BRIBERY AND EXTORTION UNDER THE COLOR OF OFFICIAL RIGHT (18 U.S.C. § 1951),BRIBERY AND EXTORTION UNDER THE COLOR OF OFFICIAL RIGHT IN AID OF RACKETEERING ENTERPRISES (18 U.S.C. § 1951),BREACH OF FIDUCIARY AND STATUATORY DUTIES,CONVERSION,**

**REPLEVIN OF PROPERTY AND MONEY BELONGING TO THE PLAINTIFF BY QUANTUM MERIT, STATUTORY DAMAGES AND INJUNCTIVE RELIEF FOR VIOLATIONS OF CIVIL RIGHTS UNDER AMERICANS WITH DISABILITIES AND CIVIL RIGHTS BASED ON HATE OR VIOLENCE TOWARDS WOMEN,DISCRIMINATION TOWARDS WOMEN AND FAMILIES AS A DISABILITY,**

**COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES-CIVIL RIGHTS,OTHER VIOLATIONS OF**

**CIVIL RIGHTS ARISING OUT OF UNITED STATES CONSTITUTION AND BILL OF RIGHTS,**

**VIOLATIONS OF F.T.C. ACT,15 U.S.C. 57(a)(1)(B),ACT,15 U.S.C. 41-58,**

**CLAYTON ACT, 15 U.S.C. §12-27, 29 U.S.C. §52-53,15 U.S.C. §12,**

**SHERMAN ANTITRUST ACT, 15 U.S.C. §1-7 §§ 1 Sherman Act,**

**15 U.S.C.§1,**

**VIOLATIONS OF RELIGIOUS FREEDOM,RELIGIOUS FREEDOM RESTORATION ACT,REVISED**

**STATUTES (42 U.S.C. 1988),TITLE VI OF THE CIVIL RIGHTS ACT OF 1964,107 STAT. 1488 PUBLIC**

**LAW 103-141,AS AMENDED,1ST AMENDMENT,**

**VIOLATIONS OF BANKRUPCY STAY 11 U.S.C.§ 362 AND RULE 11 VIOLATIONS,**

**VIOLATION OF OATH OF OFFICE AND TREASON,28 U.S.C. § 453,JUDICIAL MISCONDUCT,**

**28 U.S.C.§372,144,455 AND OTHER OFFICIAL MISBEHAVIOR,18 US.C. 1505,1512,1621,402(2),THE**

**JUDICIAL COUNCILS REFORM AND JUDICIAL CONDUCT AND DISABILITY ACT OF 1980 (1980**

**ACT),28 U.S.C. 372(c),**

**VIOLATION OF THE FLORIDA CONSTITUTION:**

**THEFT F.S. 812,TITLE 46,BRIBERY AND MISUSE OF PUBLIC OFFICE,F.S. 838-839,**

**DECLARATORY JUDGMENT AND INTERVENTION 28 U.S.C.1361,**

**DECLARATORY JUDGMENT TO COMPEL DISQUALIFICATION OF ALL DEFENDANT JUDGES**

**PURSUANT TO THE INTENT OF 104TH CONGRESS,1996,**

**APPLICATION FOR WRIT OF HABEAS CORPUS FOR ALL DEFENDANTS,IN AND OUT OF**

**STATE OF FLORIDA,ARTICLE III § 2.3,**

**PERSONAL INJURY,EMOTIONAL DISTRESS,PAIN AND SUFFERING,INTENTIONAL INFLICTION OF**

**EMOTIONAL DISTRESS,**

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

PLAINTIFFS DEMAND A TRIAL BY QUALIFIED, IMPARTIAL,AND INTERVIEWED JURY

AND LIBERAL APPLICATION OF THE RULES AND THAT THE COURT,PURSUANT TO

LAW,ASSISTS HER IN THE CORRECTION OR MODIFICATION OF THIS SUIT TO THE GREATEST

EXTENT THE LAW PERMITS.PLAINTIFFS RESERVE THE RIGHTS FOR FULL DISCOVERY,TO

UPDATE PLEADINGS AND AMEND THIS COMPLAINT WITHOUT PREDJUDICE OR LEAVE UNLESS

REQUIRED BY LAW AND AFFIRMS TO THE BEST OF HER KNOWLEDGE,BELIEF AND FROM THE

EVIDENCE EXAMINED,AFTER CAREFUL REVIEW THAT THE DEFENDANTS PURSUANT TO

MARITIME/ADMIRALITY/MILITARY JURISDICTION/INTERNATIONAL TREATY OR OTHER UNDER

THE UNITED STATES OF AMERICA,ARE CULPABLE FOR THE LAWS,STATUTES AND ACTS

DESCRIBED IN THIS COMPLAINT,AND THAT SAID ACTS,PURSUANT

TO SAID JURISDICTION(S), PROCEEDING AS TO ESTABLISH THESE ACTS BEING

TRUE,PLEADS AND PETITIONS THIS COURT FOR REDRESS FOR HER GRIEVANCES AND

COMPENSATION FROM THE INJURIES DERIVED AS A RESULT OF CONDUCT,ACTS,NEGLIGENCE

AND CONSTITUTIONAL DEPRIVATIONS PLAINTIFFS SUSTAINED.THE JURISDICTION OF THIS

COURT,AS ESTABLISHED DOES NOT LIMIT THESE INJURIES BASED ON THE LAWS OF ANY

PARTICULAR STATE,AND FOR THESE,UNITED STATES LAW AND INTERNATIONAL TREATY

LAW,OR ANY OTHER RELEVANT OR HELPFUL JURISDICTIONS OF THE UNITED STATES APPLY.

PLAINTIFFS RESERVE THE RIGHTS TO BIFURCATE ISSUES WITH LEAVE OF THIS COURT UPON

NECESSITY TO  ANY PROPER UNITED STATES TRIBUNAL AUTHORIZED BY LAW FOR THE BEST

INTERESTS  AND MOST EXPEDIENT END FOR JUSTICE,TO INTERPLEAD,AMEND AND OBTAIN

LF-39 (rev. 12/01/98)

FURTHER FACTS AND EVIDENCE WITH THE ASSISTANCE OF ANY AGENCY AUTHORIZED BY

THIS COURT OR THE LAWS OF THE UNITED STATES OR BY ORDER AND DECREE OF THIS

COURT,WHICH IS CURRENTLY EITHER WITHHELD BY ANY OR SOME OF THE DEFENDANTS

FROM THE PLAINTIFFS,AND TO CONDUCT ANY FURTHER DISCOVERY AS WOULD BE

NECESSARY TO PROPERLY ADMINISTRATE AND PROSECUTE THIS CASE,INCLUDING BY

AMENDMENT OR SEPARATE ACTIONS.

## PARTIES

ROSE JARRELL APPEARS IN PARTY WITH RESERVATION OF ALL RIGHTS AND WAIVER OF

NONE AND FROM HERE-ON REFERRED TO AS "PLAINTIFF" AS THE PLAINTIFF.

THE DEFENDANT(S) EITHER RESIDE,HAVE THEIR CORPORATE OFFICE(S),IN THE STATE OF

FLORIDA,OTHER STATES OF THE UNITED STATES OF AMERICA,HAVE PROPERTY SUBJECT TO

RECOVERY BY THIS ACTION IN INTERNATIONAL/NATIONAL,MARITIME AND/OR ADMIRALITY

JURISDICTIONS,UNITED STATES MILITARY JURISDICTIONS ,BY EXECUTIVE DECREE,EUROPEAN

STATES OR OTHER NATIONS ABROAD.

THE BANK OF NEW YORK [A.K.A. BANK OF NEW YORK], CENDANT MORTGAGE COMPANY

[A.K.A. CENDANT MORTGAGE], CENDANT CORPORATION,COUNTRYWIDE HOME LOANS,INC.

[A.K.A. FULL SPECTRUM LENDING],   HOUSEHOLD FINANCE CORPORATION III, CHASE

MANHATTAN MORTGAGE CORPORATION  [A.K.A. CHASE,FEDERAL NAT. MTG.],FEDERAL

NATIONAL MORTGAGE ASSOCIATION,JOHN H. ADAMS,SPOUSE OF JOHN H. ADAMS,CAROL E.

DRAPER,SPOUSE OF CAROL E. DRAPER,BRIAN MARK,OSCEOLA COUNTY BAR

ASSOCIATION,OSCEOLA COUNTY BLUE LODGE OF THE SCOTTISH RITE OF

FREEMASONRY,OSCEOLA COUNTY,FLORIDA, SPLENDID CHINA [A.K.A. PEOPLES REPUBLIC OF

CHINA],THE DRAPER LAW FIRM,.SCOTT D. STAMATAKIS,SPOUSE OF SCOTT D.

STAMATAKIS,ECHEVARRIA & ASSOCIATES P.A.,AKERMAN,SENTERFIT & EIDSON P.A.,BRETT

MARKS,SPOUSE OF BRETT MARKS,HARRY STEWART, SPOUSE OF HARRY STEWART,CARLTON

FIELDS, HYWELL LEONARD, SPOUSE OF HYWELL LEONARD,BRIAN T. MCELFATRICK,SPOUSE

OF BRIAN T. MCELFATRICK,BUSH,ROSS,GARDNER,WARREN & RUDY P.A.,ANTHONY R.

MANCUSO,SPOUSE OF ANTHONY MANCUSO,DOUGLAS BLECKI,SPOUSE OF DOUGLAS

BLECKI,ANDREW FIVECOAT,SPOUSE OF ANDREW FIVECOAT,MARK J. HINKLE,SPOUSE OF

MARK J. HINKLE,ESTATE OF MARK J. HINKLE, WILLIAM HARRISON,SPOUSE OF WILLIAM

HARRISON,ESTATE OF WILLIAM HARRISON,HENRY R. SILVERMAN,SPOUSE OF HENRY R.

SILVERMAN,ESTATE OF HENRY R. SILVERMAN,THOMAS A. RENYI,SPOUSE OF THOMAS A.

RENYI,FLORIDA DEPT. OF VOC. REHABILITATION,THE HONORABLE JUDGE CORCORAN III,THE

HONORABLE JUDGE THOMAS BAYNES,THE FLORIDA BAR ASSOCIATION,TERRY SMITH,UNITED

STATES TRUSTEE,THE HONORABLE JUDGE MERRITT,THE HONORABLE JUDGE

TOMBRINK,THE HONORABLE GEORGE SPRINKEL THE FOURTH,THE HONORABLE JUDGE

HUNTER,THE HONORABLE JUDGE LEGENDRE,FLORIDA JUDICIAL QUALIFICATIONS OMMISSION,

BROOKE S. KENNERLY WILL FROM HERE ON REFERRED TO AS "DEFENDANTS" AND BY VIRTUE

OF JOINT  LIABILITY IMPUTED NEGLIGENCE,CONSPIRACY IN CONCERT OR DERIVING BENEFIT,

EXERTING INFLUENCE IN FAVOR FOR THE COLLECTIVE DEFENDANTS,VICARIOUS LIABILITY

AND ELEMENTAL ACCESSARYAND ARE VICARIOUSLY LIABLE UNDER THE DOCTRINE OF

RESPONDEAT SUPERIOR FOR THE ACTS OF PARTNERS,AGENTS,REPRESENTATIVES,

OFFICERS,DIRECTORS,SHAREHOLDERS,OPERATORS,AND/OR EMPLOYEES

COMMITTED IN THE COURSE AND SCOPE OF THEIR EMPLOYMENT AND/OR

RELATIONSHIP,AND ARE FURTHER BEING SUED HEREIN,JOINTLY AND SEVERALLY,IN THEIR

INDIVIDUAL CAPACITIES AND IN THEIR OFFICIAL CAPACITIES FOR THE WRONGFUL ACTS

AND/OR OMISSIONS.

PERSONAL JURISDICTION AND VENUE ARE PREDICATED UPON THE PROVISIONS OF 18 U.S.C. §

1965 AND 28 U.S.C. §1391(B)(2) AND (E)(2), THAT BEING WHERE A SUBSTANTIAL PART OF THE

EVENTS OR OMISSIONS GIVING RISE TO THE CLAIMS OCCURRED AND BECAUSE

THE ENDS OF JUSTICE REQUIRE THAT OTHER PARTIES RESIDING IN

OTHER DISTRICTS OR STATES FOREIGN OR DOMESTIC BE BROUGHT BEFORE

THE COURT.CORPORATIONS ARE CONSIDERED INDIVIDUALS AND SUBJECT TO CIVIL AND

CRIMINAL SANCTIONS.

## JURISDICTION,VENUE,CLAIMS,LAW,

## STATEMENT OF CASE AND FACTS,ARGUMENT

ORIGINAL ACTION INTERPLEADING BANKRUPCY COURT ADVERSE ACTION,AND

CAUSES ARISING FROM THE UNITED STATES CONSTITUTION,FEDERAL QUESTION,DIVERSITY

JURISDICTION,TREATIES OF THE UNITED STATES.

THIS ACTION IS ALSO BASED ON INTERNATIONAL JURISDICTION OF DEFENDANTS,

THE STATE OF FLORIDA,OTHER STATES OF THE UNITED STATES OF AMERICA,

INTERNATIONAL/NATIONAL,MARITIME AND/OR ADMIRALITY JURISDICTIONS,

UNITED STATES MILITARY JURISDICTIONS ,BY EXECUTIVE DECREE (TO OBTAIN ENFORCEMENT

ORDER), EUROPEAN  STATES OR OTHER NATIONS ABROAD.

THIS ACTION IS FILED BASED ON ARTICLE III § 2 OF THE CONSTITUTION OF THE UNITED

STATES AND INCLUDING,BUT NOT LIMITED TO THE 1ST,5TH,8TH,9TH,14TH AMENDMENTS, 42

U.S.C. § 1983-1986,DEPRIVATION OF CIVIL RIGHTS UNDER 42 U.S.C. § 1983,CONSPIRACY TO

INTERFERE WITH CIVIL RIGHTS UNDER 42 U.S.C. § 1985,NEGLECT TO PREVENT CONSPIRACY

UNDER 42 U.S.C. § 1986,28 U.S.C. § 1343 WHICH CREATES A FEDERAL CAUSE OF ACTION FOR

VIOLATIONS OF PLAINTIFF'S CIVIL RIGHTS,THE FEDERAL TORT CLAIMS ACT,

PURSUANT TO 28 U.S.C. §§ 1346(B) AND 2401,U.S.C. § 2671,15 U.S.C. ANTITRUST,INTERFERENCE

WITH COMMERCE BY MEANS OF BRIBERY AND EXTORTION UNDER COLOR OF OFFICIAL RIGHT

(18 U.S.C. § 1951),BRIBERY AND EXTORTION UNDER COLOR OF OFFICIAL RIGHT IN AID OF

RACKETEERING ENTERPRISES (18 U.S.C. § 1952),28 U.S.C. § 1391,28 U.S.C. §§ 1331 AND 1332, , 28

U.S.C. §§ 453, 144,455,18 U.S.C. § 201 AS SET FORTH IN 18 U.S.C. SECTION 1961(1)(B), 18 U.S.C. §

1961(4) AND 1962(C),18 U.S.C. § 1951,18 U.S.C. §§ 1961(4) AND 1962(C),RICO (18 U.S.C. §

1961(1)(A),COMPLAINT ALSO ALLEGES (I) VIOLATIONS OF 42 U.S.C. §§ 1983, 1985, AND 1986

(CIVIL RIGHTS ACT); (II) FOR DAMAGES BY CERTAIN NAMED DEFENDANTS ARISING UNDER THE

FEDERAL TORT CLAIMS ACT, 28 U.S.C. § 2671 ET SEQ.; (III) CLAIMS FOR BREACHES OF

FIDUCIARY AND STATUTORY DUTIES AND BREACH OF DUTY; (IV) INTENTIONAL INFLICTION OF

SEVERE EMOTIONAL DISTRESS; (V) LEGAL MALPRACTICE TO THIRD PARTIES; AND, VI) THEFT IN

VIOLATION OF CHAPTER 812.014 F.S., 18 U.S.C. § 1962,WITH ADDITIONAL STATE OF FLORIDA

STATUTORY/CONSTITUTIONAL VIOLATIONS,TITLE 46 OF THE STATE OF FLORIDA INCLUDING

BUT NOT LIMITED TO: A) PRINCIPAL, ACCESSORY, ATTEMPT, SOLICITATION, CONSPIRACY AS

PROHIBITED AND PROSCRIBED BY CHAPTER 777; B) THEFT AS PROHIBITED AND PROSCRIBED

BY CHAPTER 812; C) ORGANIZED FRAUD AS PROHIBITED AND PROSCRIBED BY CHAPTER 817; D)

BRIBERY AND MISUSE OF PUBLIC OFFICE AS PROHIBITED AND PROSCRIBED BY CHAPTER

838;(E) FAILURE TO PERFORM DUTY REQUIRED OF AN OFFICER AND OFFICIAL MISCONDUCT AS

PROHIBITED AND PROSCRIBED BY CHAPTER 839;(F) CRIMINAL ANARCHY AND TREASON AS

PROHIBITED AND PROSCRIBED BY CHAPTER 876; AND G) RACKETEERING AS PROHIBITED AND

PROSCRIBED BY CHAPTER 895,THEFT (CHAPTER 812),BRIBERY AND MISUSE OF PUBLIC OFFICE

(CHAPTER 838), OFFICIAL MISCONDUCT (CHAPTER 839) OF THE FLORIDA

STATUTES,TREASON,SEDITION,WHICH IS ALSO PROHIBITED AND PROSCRIBED BY 18 U.S.C.§

LF-39 (rev. 12/01/98)

2381,ADA (42 U.S.C. 12101),VIOLATIONS OF F.T.C. ACT,15 U.S.C. 57(A)(1)(B),ACT,15 U.S.C. 41-58,CLAYTON ACT, 15 U.S.C. §12-27, 29 U.S.C. §52-53,15 U.S.C. §12,SHERMAN ANTITRUST ACT, 15 U.S.C. §1-7 §§ 1 SHERMAN ACT, 15 U.S.C.§1,VIOLATIONS OF RELIGIOUS FREEDOM,RELIGIOUS FREEDOM RESTORATION ACT,REVISED STATUTES (42 U.S.C. 1988),TITLE VI OF THE CIVIL RIGHTS ACT OF 1964,107 STAT. 1488 PUBLIC LAW 103-141,AS AMENDED,1ST AMENDMENT, VIOLATIONS OF BANKRUPCY STAY 11 U.S.C.§ 362 AND RULE 11 VIOLATIONS,ARTICLE III § 2.3,HABEAS CORPUS.

THE PLAINTIFF BELIEVES THAT THE DEFENDANTS AS PARTIES/PARTICIPANTS AND/OR ASSOCIATES FUNCTIONING AS A SEPARATE CONTINUING UNIT TO, INTER ALIA., WILLFULLY, KNOWINGLY, AND MALICIOUSLY DECEIVE THE PLAINTIFFS AND OTHERS, AND TO INJURE THE SAME IN THEIR BUSINESS AND PROPERTY THROUGH A PATTERN OF RACKETEERING ACTIVITY, AND BY OTHER UNLAWFUL AND WRONGFUL MEANS AND FOR THE BENEFIT OF EACH OTHER, AND/OR FOR THE BENEFIT OF OTHERS IN KNOWN BREACH OF THEIR MINISTERIAL DUTIES OWED TO THE PLAINTIFFS AND OTHERS.

THE FLORIDA BAR,A SECRETIVE ORGANIZATION ACTS AS A CONDUIT AND NERVE CENTER FOR THE ABOVE-DESCRIBED PARTIES/DEFENDANTS AND AS A RESOURCE AND TOOL FOR THEM TO PERFORM THE WRONGFUL ACTS DESCRIBED HEREIN,FROM WHICH SHE WAS ADVERSELY AND DETRIMENTALLY AFFECTED.THE FLORIDA BAR, WAS AND IS AN "ENTERPRISE" WITHIN THE MEANING OF 18 U.S.C. §§ 1961(4) AND 1962(C), WHICH ENTERPRISE WAS ENGAGED IN AND WHOSE ACTIVITIES AFFECTED, AND/OR CURRENTLY ENGAGING IN AND WHOSE ACTIVITIES AFFECT, INTERSTATE COMMERCE.SAID DEFENDANTS CONSPIRED TO VIOLATE THE PROVISIONS OF 18 U.S.C. §§ 1962, BY CONSPIRING AND AGREEING TO BECOME EMPLOYED BY OR ASSOCIATED WITH THE FLORIDA BAR.

THE DEFENDANTS EACH PERFORM A FUNCTION FOR BODY,BEING MEMBERS WITH DIFFERENT POSITIONS AND FUNCTIONS,SHARING BOTH IN ITS PROFITS AND IN ITS CONSEQUENCES AT TIMES.IT IS NOT NECESSARY THAT THEIR ESSENTIAL FUNCTIONS BE ILLEGAL FOR THE ALLEGATIONS OF ILLEGALITY TO APPLY POINT TO CASE ON THE ALLEGATIONS OF WRONGFUL CONDUCT DESCRIBED HEREIN.WITH RESPECT TO THE PLAINTIFF,THEIR CONDUCT WAS WRONGFUL,CAUSED A DEPRIVATION OF CIVIL RIGHTS WHICH RESULTED IN INJURY AND OPPRESSION.IN THE SAME RESPECT,THESE PARTICIPANTS EMPLOY AND MUSTER THEIR RESOURCES TO MEET THEIR REQUIREMENTS,EVEN AT THE COSTS OF HARMING THE PLAINTIFF AND SIMILARLY SITUATED PERSONS IN PUBLIC.THEIR SECRECY ENABLES THEM TO CIRCUMVENT THE LAW WITHOUT OTHERS TO KNOW WHAT THEY ARE DOING,EVEN WHILE THEY WITNESS THE VARIOUS LIMBS OF THE BODY [FIGURATIVELY DESCRIBING THE FUNCTION OF THE CONSPIRATORS].EACH OF THE ABOVE-SAID VIOLATIONS OF LAW,THE PLAINTIFF BELIEVES THAT THE DEFENDANTS ENGAGED OR BREACHED THROUGH THEIR COURSE OF DEALING,IN PERSONUM OR FROM AFAR MAKES NO DIFFERENCE IF A POINT-FOR-POINT CONSEQUENCE RESULTS INJURY TO THE PLAINTIFF.THE DEFENDANTS HAVE ASTOUNDING COMMON INTERESTS AND GOALS,LIKE PRESERVATION OF THEIR BANKING ACTIVITIES,REGARDLESS OF WHETHER SUCH ENTAILS ILLEGAL ACTS: FOR EXAMPLE,THE JUDGES [SAID SPECIFIC DEFENDANT JUDGES-NOT ALL JUDGES] HAVE A CALL TO DUTY TO THE "BANK" DEFENDANTS,THE "BAR" DEFENDANTS,WITH A VERY MINOR PLAY,IF ANY,TO THE UNITED STATES OR THEIR RESPECTIVE STATE OF FLORIDA.THE DEFENDANTS PROFIT BY THE ABOVE-DESCRIBED ACTS,BY VICTIMIZING PEOPLE LIKE THE PLAINTIFF,AT THEIR EXPENSE OR THIRD PARTIES AFFECTED THEREFROM.THE DEFENDANTS USE THEIR OFFICIAL CAPACITY,HENCE,TO FURTHER THEIR PERSONAL INTERESTS,THEIR COLLECTIVE INTERESTS OF THEIR ASSOCIATION,OR REWARDED BY THEIR COLLECTIVE INTERESTS.SUCH IS ALSO CONTRARY TO

LAW AND PUBLIC POLICY.FOR EXAMPLE,ONE NEEDS ONLY TO LOOK AT THE RECORDS OF OSCEOLA COUNTY TO SEE HOW,PUT BLUNTLY,MONEY IS STOLEN FROM THE COUNTY/COMMISSIONERS' FUNDS AND DIVERTED FOR THE INTERESTS OF FAVORED SPECIAL CORPORATIONS,LIKE DEFENDANT,SPLENDID CHINA.AN ATTORNEY,HARRY STUART,PUBLISHED A BOOK AND MADE THESE RECORDS PUBLIC;UNFORTUNATELY,THE MAJORITY OF THE RESIDENTS OF THE COUNTY HAVE NOT RECEIVED ONE,OR CANNOT UNDERSTAND THE PRINCIPALS WELL ENOUGH AS MR. STUART,WHO PROFESSES TO HAVE BEEN A COUNTY ATTORNEY FOR ORANGE/OSCEOLA.THIS,AS WELL AS THE DEFENDANTS COLLECTIVE ACTS VIOLATES THE FLORIDA CONSTITUTIONAL RESTRICTIONS ON "COMMUNISM".RELATIVE ACTIONS (BY THE DEFENDANTS) ARE PROHIBITED BY FLORIDA LAW.SPLENDID CHINA RECEIVING SUCH IN-KIND CONTRIBUTIONS WITH THE ASSISTANCE,ACTIONS OR FAILURE OF ACTION THEREOF BY THE DEFENDANTS,DESPITE THE FACT THAT CORPORATE RECORDS INDICATE A VIOLATION OF FLORIDA STATE LAW,AS SPLENDID CHINA'S REGISTERED AGENT IS IN THE PEOPLES REPUBLIC OF CHINA (THE GOVERNMENT OF WHOM IS THEIR MILITARY),THEREBY SECEDING,UNLAWFULLY,UNITED STATES TERRITORY AND LAND,EQUATING TO A BREACH OF DUTY,HIGH-TREASON OR ESPIOGNAGE.IF THERE IS ANOTHER EXPLANATION,IT SHOULD BE A GOOD ONE.

THESE ALLEGATIONS NOT ONLY AFFECT THE PLAINTIFF ADVERSELY,BUT THE OTHER PEOPLE OF THE UNITED STATES AND THE STATE OF FLORIDA,AS WELL.THESE SECRET,FRATERNAL-LIKE ORGANIZATIONS,LIKE THOSE DESCRIBED ABOVE TO WHICH THE DEFENDANTS BELONG,ARE AFFILIATED OR MUTUALLY BENEFIT,WHETHER KNOWINGLY OR NOT,MAY PREVENT THE "LAW" FROM REACHING EVERYWHERE IT NEEDS TO GO FOR THE PROTECTION

AND SECURITY OF ALL PERSONS IN AMERICA,LIKE A "MAYOR" SO-TO-SPEAK,BEING UNDER

OBSERVATION OF THE PUBLIC.


WHEN A FLORIDIAN BUYS PROPERTY,A HOUSE OR A BUILDING OR EVEN A LOT,THE WHOLE

TRUTH IS NEVER RELAYED TO THEM,BECAUSE IT IS CONCEALED BY THE PARTIES WHO PROFIT

FROM SUCH CONCEALMENT.THE DEFENDANTS,FOR THE MOST PART,WOULD GO OUT OF

BUSINESS OR NO LONGER HAVE USEFULNESS AT EMPLOYMENT IN THEIR CURRENT FUNCTION

WERE IT NOT FOR THIS.THE ONLY WAY TO KEEP THEIR OPERATION GOING MAY BE IN

SECRECY,AS THEY ARE DOING,THROUGH THESE ORGANISATIONS OR ASSOCIATIONS IS

PROBABLY THEIR BELIEF,AT LEAST WHAT THEY HAVE DISCLOSED.THIS

CONCEALMENT,HOWEVER-THE "OBVIOUS" POOR-QUALITY TITLE THE BUYER GETS WHICH

EFFECTS ANYTHING BUT "TRUE" OWNERSHIP,BUT ALSO ABOUT THE COMMUNITY,THE

NEIGHBORS [SPLENDID CHINA] FOR EXAMPLE,AND OF COURSE,THE MUNICIPLE AND COUNTY

GENERAL ACCOUNTING OF THEIR EXPENDITURES,AND HOW THOSE RELATE TO THE

MERCHANTS.IT APPEARS,THAT THIS CAUSES THE "RISK" OF THE CONTRACT FOR PURCHASE

OF THE PROPERTIES TO CHANGE SUBSTANTIALLY TO THE DETRIMENT OF THE

BUYER,SOMETIMES TO THE SELLER AS WELL.THE LOCAL MERCHANTS OF ALL KINDS AND

SIZES ALSO PARTAKE TO THE SAME DETRIMENTS AND HIDDEN RISK,ESPECIALLY IF THEY ARE

NOT "ENLIGHTENED MEMBERS" OF ONE OF THE CONTROLLING SECRET SOCIETIES WITHIN THE

GOVERNMENT AND/BUSINESS STRUCTURE.ALL THESE PEOPLE AND THE GENERAL PUBLIC ARE

DAMAGED BY THE BY-PRODUCTS OF THESE RISKS,BY REDUCED PROPERTY VALUES,UNFAIR

ADVANTAGE DUE TO FRAUDULENTLY INDUCED CONTRACTS OR OTHER REASONS HEREIN

DESCRIBED.ALL "NON-MEMBERS" PROBABLY ENCOMPASS THE "MAJORITY" OF THE

PUBLIC,CIVILIAN,BUSINESS AND GOVERNMENT.THE NON-MEMBERS HAVE DISADVANTAGES AT

EVERY JUNCTURE,WHILE THE MEMBERS,WHO ARE FEW IN COMPARISON,USUALLY END UP BEING THE WINNERS,BY CHEATING OF COURSE,WITH THE GEOMETRICAL LOSSES HANDED OVER TO THE SO-CALLED "NON-ENLIGHTENED" PUBLIC,CIVILIAN,BUSINESS AND GOVERNMENT,WHICH ENCOMPASS THE MAJORITY OF THE PUBLIC WHO ARE THEREBY BEING UNFAIRLY AND (USUALLY) UNKNOWINGLY RESTRAINED,INHIBITED AND DAMAGED IN THEIR LIVELIHOODS,THEIR BUSINESS,AS WELL AS INTERSTATE AND/OR INTERNATIONAL COMMERCE BY THE DEFENDANTS AND LIKE CONSPIRATORS,THEREBY STEALING FROM THE PUBLIC ALMOST THEIR VERY FUTURES AND THE ABILITY TO CONTINUE TO ENJOY AND PASS ON TO THEIR CHILDREN THE FUNDAMENTAL RIGHTS AND FREEDOMS THEY THOUGHT THEY WERE BORN WITH.THEY SUPPORT THROUGH THEIR ACTIONS,THESE SO-CALLED INTERNATIONAL DIABOLICAL BODIES WITH THEIR EYES,AS IT SEEMS,ON AMERICA AND EVERYTHING FROM THE PUBLIC'S WALLETS TO THEIR HOMES,RANCHES,BUSINESSES AND PHYSICAL BODIES BY A FUNCTIONAL FORM OF INCONSPICUOUS "SLAVERY",IN VIOLATION OF THE BILL OF RIGHTS" ARTICLES OF CONFEDERATION,U.S. CONSTITUTION,INCLUDING THE 14TH AMENDMENT.

THESE ABOVE-DESCRIBED SECRET ORGANISATIONS [BY SECRET NOT MEANING INVISIBLE OR OBLIVIOUS,BUT BY CARRYING ON HIDDEN FUNCTIONS WITHIN BUSINESS,FOR EXAMPLE].IT DOES NOT MATTER WHAT THE PLAINTIFF FEELS ABOUT THIS ORGANIZATION OR THE OTHER.WHAT DOES MATTER IS THAT THEIR CONDUCT CAN BE AND HAS BEEN VIOLATING THE LAWS OF THE UNITED STATES OF AMERICA AND THE STATE OF FLORIDA.SINCE WE ARE A FREE NATION,TO THE BEST OF PLAINTIFF'S KNOWLEDGE,ANY ORGANIZATION IS PERFECTLY WELCOME AND ENCOURAGES THE SOCIAL AND CULTURAL GROWTH,AS LONG AS THEY OBEY THE LAW AND DO NOT REQUIRE TO LIVE ABOVE THE LAW [LAWS ALSO CAN BE CHANGED TO

MAKE ANYONE VIOLATE THEM OR BECOME OPPRESSIVELY UNREASONABLE, LIKE WHAT HITLER

(A SECRET SOCIETY MEMBER HIMSELF ACCORDING TO SOME HISTORIANS) DID IN GERMANY-

THIS WOULD NOT BE A HAPPY MOMENT OR A GOOD THING FOR A FREE SOCIETY EITHER].BY

VIRTUE OF THE PROMINENT LITERATURE AND RITUAL THESE MEMBERS ENGAGE,IT COULD BE

SAID BY MANY WHO CALL SUCH SOCIETIES AS A FORM OF THEIR RELIGION,WORSHIP OR

BELIEF.THIS TOO IS STRONGLY PROTECTED BY U.S. LAWS AND THE

CONSTITUTION.HOWEVER,IF SUCH RELIGIOUS PRACTICES ARE USED AS A TOOL TO OPPRESS

OR GAIN AN UNFAIR ADVANTAGE IN FREE ENTERPRISE AND THE PURSUIT OF HAPPINESS OF

THE PUBLIC,OR THEIR ACTIONS VIOLATE LAWS,THEN ONE HAS BOTH AN ECONOMIC ENTITY

WHO MONOPOLIZES AND CONTROLS AND A RELIGIOUS ENTITY WHICH IMPOSES ITS WILL ON

THE PUBLIC AGAINST THEIR WILL FOR THEIR PROFIT,TO THE DETRIMENT AND LOSS OF THE

PUBLIC.THIS "ACT" THE PLAINTIFF BELIEVES TO BE A VIOLATION OF THE PLAINTIFF'S AND THE

PUBLIC'S FREEDOMS,INCLUDING THE FREE EXERCISE OF RELIGION AND THE "RELIGIOUS

FREEDOM RESTORATION ACT" AND THE CORRESPONDING CIVIL RIGHTS LAWS,BECAUSE

ALTHOUGH EVERYONE HAS FREEDOMS AS DESCRIBED,BEING OPPRESSED BY THESE SECRET

SOCIETIES CERTAINLY CAUSES SOME OTHER PERSONS WITH DIFFERENT BELIEFS MORE

HARDSHIP AND OPPRESSION,SOME MORE THAN OTHERS,BUT THE CONTROLLING ONE(S) MAKE

OUT THE BEST.CONTROL AFFORDS LITTLE FREEDOM,MUCH LIKE NO CONTROL WITHOUT

"KNOWLEDGE" AFFORDS ANARCHY.WHEN ONLY A FEW,THROUGH THE SECRET SOCIETIES,THE

BANKS AND FINANCIERS AND CERTAIN JUDGES OR OFFICIALS WHO DO THEIR BIDDING,RETAIN

SAID KNOWLEDGE AND MAINTAIN TOTAL CONTROL,SOCIETAL,ECONOMIC AND BY VIRTUE OF

STATUS,THE PUBLIC AND THE NATION IS ADVERSELY AFFECTED AGAIN BECAUSE THE LACK OF

FREEDOM OR THE OPPRESSION PREVENTS GROWTH,SPIRITUAL,CULTURAL AND ECONOMIC,AS

THE BEST MINDS AND MOST CREATIVE PEOPLE ON EARTH LIVE THEIR LIVES LIKE A DOG TIED TO A STAKE IN THE YARD.WORST OF ALL,IT IS ONLY THE FEW PEOPLE INVOLVED,LIKE THOSE DESCRIBED IN OSCEOLA COUNTY,THAT CAN CONTROL THE MACHINERY OF THEIR LOCAL GOVERNMENT IN A MANNER NOT AUTHORIZED BY LAW,WITHOUT THE KNOWLEDGE OF THE OTHER MEMBERS OF GOVERNMENT,AND THIS ACTS NO DIFFERENTLY IN A BUSINESS OR LARGE COPORATION,ESPECIALLY FINANCIAL INSTITUTIONS.PERHAPS THEY RATIONALIZE THEIR SYSTEM WORKS BETTER,ECONOMICALLY.USUALLY "FOR THEM" IT DOES,BUT FOR THE HARD-WORKING FOR LITTLE RESPECT AMERICANS FROM ALL RACES,GENDER AND ECONOMIC CLASSES WHO SPEND 85% OF THEIR LIVES WORKING AND 14% WORRYING ABOUT THEIR FAMILIES AND THEIR FUTURE,IT IS NOT SUCH A GOOD DEAL.CERTAINLY,IT IS NOT A "CONSTITUTIONAL DEAL".

THESE DEFENDANTS ACTED IN COLLUSION TO DEPRIVE THE CIVIL RIGHTS OF THE PLAINTIFF AND TO CONSPIRE TO PERFORM THE ACTS DESCRIBED AND VIOLATIONS OF LAW DESCRIBED IN THIS COMPLAINT.THE CELLS,LIKE THE "FLORIDA BAR ASSOCIATION" WHICH CONTROLS EFFECTIVELY ALL OF THE DEFENDANTS;LIKE JOINED-OVERLAPPING CIRCLES,THE "BAR" PARTIES THEMSELVES ARE ALSO CONTROLLED BY THE "BANKER" PARTIES MENTIONED HEREIN,AND THE ACTIVITIES PERFORMED BY THEM ARE FOR THE MUTUAL BENEFIT OF ALL OF THEM,WHO DERIVE EACH SINGULARLY AND ALL COLLECTIVELY THE BENEFITS OF THE ENRICHMENT OF ANY NUMBER OF THEM.THEIR INTENT,WILL,MALICIOUSNESS AND DIABOLICALNESS IS ESTABLISHED BY THEIR ACTIONS.THE PUBLIC HAS VOICED THROUGH MEDIA CHANNELS AND OPEN OPINION AND IT IS BOTH THE OPINION AND OBSERVATION OF THE PLAINTIFF THAT THE DEFENDANTS ARE USING THEIR JOBS AND AIDING THROUGH ACTION OR

LACK OF ACTION,THROUGH MUTUAL SUPPORT,THROUGH NETWORKING,THROUGH LOYALTIES

SWORN WHICH MAY DEFY THEIR LOYALTIES TO THE UNITED STATES OF AMERICA AND

PERSONALLY INFLICTING THE DAMAGES AND INJURIES HEREIN DESCRIBED,WITH THEIR

CLERKS,UNDERLINGS AND BANK EXAMINERS WHO ARE USED AS GATES FROM BOTH THE

PUBLIC AND THE UNITED STATES OF AMERICA GOVERNMENT,TO CONCEAL THE

EGREGIOUS,WANTON,CRIMINAL AND CULPABLY NEGLIGENT CONDUCT THEY ARE SO ENGAGED

IN.THE INCOME THEY DERIVE,PERPETUALLY,INCLUDING THE FRINGE BENEFITS,PERKS,"TITLES

OF NOBILITY AND HONOR OR PRESTIGE",BRIBES IN THE FORM POLITICAL

CONTRIBUTIONS,DIRECT CASH OR CREDIT [BIG WITH THE JUDICIARY "CULT" MEMBERS].THIS

INCOME ALSO BEING DERIVED UNLAWFULLY THROUGH A PATTERN OF RACATEERING ACTIVITY

BY THE DEFENDANTS INVOKES FEDERAL CIVIL REMEDIES FOR COMPENSATORY/PUNITIVE

DAMAGES,TO COUPLE WITH TREBLE DAMAGES FOR PROPERTIES TAKEN UNLAWFULLY BY THE

DEFENDANTS OF THE PLAINTIFF AND CIVIL DAMAGES AND CRIMINAL RESTITUTION FOR THE

DEFENDANTS' ACTS OF DEPRIVATION OF CIVIL RIGHTS OR FAILURE TO INTERVENE,PURSUANT

TO 42 U.S.C. § 1983-1986,AND AS CITED ABOVE MORE SPECIFICALLY,INDIVIDUAL VIOLATIONS OF

LAW AND ACTS,DONE WITH MALICIOUS INTENT,WITH PARRALLEL FUNCTION OF THE

DEFENDANTS IN STATE VIOLATIONS OF "COMMUNISM","FASCISM",AND ALSO AS SET FORTH BY

THE FLORIDA CONSTITUTION AND F.S. 876.01,876.10,775.082-775.084,CONCURRENT WITH F.S.

876 AND PARALLEL UNITED STATES LAWS.


EACH AND EVERY DEFENDANT ENGAGED IN THE ABOVE DESCRIBED ACTS OR CONTRIBUTED

TO THE MECHANISM OF THEIR UNLAWFUL OR CRIMINAL ENTERPRISE IN THE MANNERS SO

DESCRIBED: FAILURE TO ACT AND PERFORM DUTY OF OFFICE OR VIOLATION OR PERJURY OF

OFFICIAL OATH FOR SAID REASONS JOINTLY OR SEVERALLY CONSTITUTE THE MENTIONED

EGREGIOUS ACTS.IT IS CONSTITUTIONALLY FOUNDED THAT EACH DEFENDANT SHARING IN

CULPABABILITY IS RESPONSIBLE FOR "DAMAGES" TO THE PLAINTIFF.THESE DAMAGES,AS

WELL,FOR THE JUDGE DEFENDANTS,LAWYER DEFENDANTS REQUIRE THAT EVERY CASE THEY

HAVE EVER HANDLED BE REVIEWED,RE-OPENED OR DISMISSED,BECAUSE THE VIOLATION OF

OATH WHICH BY LAW ALSO REQUIRES THAT ALL SAID INDIVIDUALS BE PROHIBITED FROM EVER

PRACTICING LAW AGAIN IN THE UNITED STATES OR EVER HOLDING AN ELECTED

POSITION.DEPENDING ON THE SEVERITY AND AMPLITUDE OF THE 13TH AMENDMENT AND

TREASON VIOLATIONS,REVOCATION OF CITIZENSHIP CAN ALSO BE INVOKED AS REMEDY.THE

PLAINTIFF HEREBY INVOKES EACH AND EVERY REMEDY AVAILABLE TO HER FOR

RELIEF,RECOVERY FROM INJURY FROM DEPRIVATION OF RIGHTS,INJURIES,PERSONAL

INJURY,INJURIES TO HER FAMILY THROUGH LOSS OF CONSORTIUM,AND FROM ALL

APPLICABLE OR CIRCUMSTANTIAL LAWS FROM CROSS-JURISDICTIONS,LIKE

MARITIME,ADMIRALITY AND UNITED STATES MILITARY LAW AND PROCEDURE AS REQUIRED BY

THE PROPER AUTHORITIES TO REPRESS THE ORGANIZED AND SUBVERSIVE CONDUCT OF THE

DEFENDANTS.FEDERAL TORT CLAIMS AND ALL CLAIMS HEREIN TRIALABLE BY JURY ARE SO-

REQUESTED THAT THEY BE TRIED BY QUALIFIED JURY.


THE PLAINTIFF WITH RESERVATION OF ALL RIGHTS,WITHOUT WAIVING ANY,HEREBY INVOKES

THOSE OTHER CONSTITUTIONAL RIGHTS DELEGATED TO THE STATES BUT RESERVED FOR THE

PEOPLE.THE PLAINTIFF CAN DO NO MORE THAN BRING HER GRIEVANCE,AND ON BEHALF OF

THOSE SIMILARLY SITUATED,TO THE COURT OF LAW FOR REDRESS,AND PRAYS THAT THE

COURT ACT WITHOUT HASTE TO QUASH,PREVENT AND ENJOIN FURTHER CONSTITUTIONAL

DEPRIVATIONS AND VIOLATIONS AT LAW BY THE DEFENDANTS TO PROTECT HER,THE PUBLIC AND THE CONSTITUION AND LAWS OF THE UNITED STATES AND THE STATE OF FLORIDA,PRESERVE JUSTICE AND PEACE,SO THAT THE PLAINTIFF AND THOSE SIMILARLY SITUATED CAN LIVE SECURELY IN THEIR LIFE,WITHOUT ENCOUNTERING SUCH ORGANIZED RACKETS OF GREED,EXTORTION AND POWER WHO VICTIMIZE AND EXPLOIT THE PLAINTIFF AND THE PUBLIC BODY,MAKING THESE COMPLAINTS FOREMOST ISSUES OF IMPORTANCE TO BE ADVANCED ON THE COURTS CALENDAR AS THE COURT DEEMS APPROPRIATE AND JUST.

THE PLAINTIFF PRAYS THAT THE COURT WILL GRANT LEAVE FOR DISCOVERY TO ASCERTAIN RELEVANT INFORMATION FOR THE PROSECUTION OF THE PLAINTIFF'S CASE.THE PLAINTIFF UNDERSTANDS THAT IN ORDER TO FULLY UNDERSTAND THE DEPTH AND SEVERITY OF A PROBLEM,ONE MUST HAVE A COMMON UNDERSTANDING OF THE EMPIRICAL AND REAL STATUS OF NORMALCY TO ESTABLISH A BASELINE FROM WHICH TO GAUGE ANY LEVEL OF ABNORMALITY.PROFESSIONALS AND EVEN BAR MEMBERS THE PLAINTIFF HAS DISCOURSED WITH CANNOT SAY,WITH CERTAINTY WHEN ASKED,"THE WAY THINGS ARE SUPPOSED TO BE",REGARDING GOVERNMENT,BUSINESS AND SOCIETY IN GENERAL.SOME BAR MEMBERS AND OTHER PEOPLE AS WELL,HOWEVER,DISPLAYED AN AURA OF "THINKING THEY KNOW" OR "WANTING PEOPLE TO BELIEVE THEY ARE ON TOP OF THINGS";YET HOWEVER,IN GETTING TO KNOW THEM,IT IS OBVIOUS THEIR OVER-ENTHUSIASM WAS BASED ON "POSITIVE THINKING AND SELF-ESTEEM",NOT NECESSARILY ON WELL-GROUNDED FACT OR REALITY.

## RELIEF REQUESTED

SUMMARY OF DAMAGES AS PREVIOUSLY SET FORTH,FROM THE VIOLATIONS,ACTS,TORTIOUS

ACTS SO-DESCRIBED HEREIN CAUSED BY OR RESULTING FROM THE NEGLIGENCE OF THE

DEFENDANTS AND ALSO BY DELIBERATE ACTS PERFORMED BY,CONTRIBUTED TO OR

ENRICHED FROM,TO THE DETRIMENT OF THE PLAINTIFF,RESULTING INJURIES AND DAMAGES

MORE FULLY DESCRIBED AND SET-FORTH HEREIN,EXAMPLED BY THE FOLLOWING TO-WIT:


THE DEFENDANTS HAVE  ENGAGED IN NUMEROUS TORTIOUS ACTIONS AND VIOLATIONS AND

THOSE DESCRIBED IN THE CAPTION,INTRODUCTION,NARRATIVE,PLEADINGS AND BODY OF THIS

COMPLAINT,AS SET FORTH BY PRESENTED LAWS AND STATUTES HEREIN,AND OTHER

APPLICABLE,PARALLEL OR CONCURRENT LAWS:


THE DEFENDANTS HAVE BECOME UNJUSTLY ENRICHED BY DOING WRONGFUL ACTS TO OR

AGAINST PLAINTIFF SO-DESCRIBED HEREIN,AND THE DEFENDANTS HAVE OBTAINED PROPERTY

RIGHTFULLY BELONGING TO THE PLAINTIFF THROUGH QUANTUM MERIT,AND HAVE

UNLAWFULLY AND HAVE BEEN CULPABABLY AND TORTIOUSLY NEGLIGENT;

DEFENDANTS INTERFERED WITH THE PLAINTIFF'S PROSPECTIVE ECONOMIC

ADVANTAGE,ENGAGED IN COMMERCE THROUGH UNFAIR RESTRAINT TO THE DETRIMENT OF

THE PLAINTIFF.THE DEFENDANTS FURTHER DERIVES PERPETUAL INCOME FROM THIS

UNLAWFUL ADMINISTRATION OF BUSINESS FUNCTIONS.IN EACH OF THE ABOVE-LAWS AND

STATUTES,AND THROUGH EACH OF THE ABOVE-DESCRIBED ACTS,THE DEFENDANTS HAVE

DAMAGED THE PLAINTIFF,VIOLATED THE PLAINTIFF'S CIVIL RIGHTS AND CAUSED PLAINTIFF

DIRECT CONSEQUENTIAL AND INDIRECT INJURY,HARDSHIP,OPPRESSION,DURESS,PERSONAL

INJURY,EMOTIONAL DISTRESS,PAIN AND SUFFERING,INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS AND POST-TRAUMATIC STRESS,ANGUISH AND RELATED TRAUMA.

THE DEFENDANTS ACTED IN CONCERT,DERIVING EACH BENEFIT THEREFROM,HAVING VICARIOUS LIABILITY/RESPONDEAT SUPERIOR, FOR THE PLAINTIFF'S INJURIES,THROUGH THEIR COMPOSITE INDIVIDUAL ACTS AND ACTS OF COLLUSSION TO CONSPIRACY AGAINST THE PLAINTIFF WITH MALEM IN SE,THROUGH UNLAWFUL [OR IMPOSTER] TRUSTEES,UNKOWN,NON-EXISTANT [OR IMPOSTER] HOLDERS-IN-DUE COURSE,CESTI QUE TRUST,CONVERSION OF PLAINTIFF'S PROPERTY THROUGH FRAUDULENT SALES FOR LITTLE TO NO REAL VALUE/CONSIDERATION,HOLDING PLAINTIFF'S PROPERTIES IN ADVERSE POSSESSION BY UNDUE INFLUENCE,THREATS/DURESS AND EXTORTION,ULTRA VIRES JUDICIAL ACTS AGAINST/ TO THE PLAINTIFF BY DEFENDANTS WHO ARE PARI DELICTO TORTFEASORS,AND WHO ALL RECEIVED FINANCIAL ENRICHMENT,TOOK PART IN THE FOREGOING TORTFEASANT ACTIVITY,ACTED AS EMPLOYEES OR IN REPRESENTATIVE CAPACITY,ASSIGNEES,AGENTS,TRUSTEES,BENEFICIARIES OF INTEREST OR RECIPIENTS OF SOME FINANCIAL OR OTHER CONSIDERATION FROM THE TORTFEASOR(S),WITH UNCLEAN HANDS AND IN BAD FAITH,WHICH RESULTED IN INJURY,ECONOMIC LOSS,FINANCIAL LOSS,PAIN AND SUFFERING,MENTAL ANGUISH AND DISTRESS,POST TRAUMATIC STRESS-REVELATING ITSELF THROUGH CONSEQUENTIAL PHYSICAL ILLNESS AND INJURY TO THE PLAINTIFF,PERMANENT INJURY AND A DEVASTATION WITH EXTREME SOCIO-ECONOMIC LOSSES TO THE THE ENJOYMENT OF LIFE OF THE PLAINTIFF AND HER FAMILY.

THE PLAINTIFF PRAYS FOR ANY INTERVENTION THAT WOULD CEASE FURTHER DEPRIVATIONS AND SUBSEQUENT INJURIES AGAINST HER AND HER FAMILY IN ORDER TO MITIGATE HER LOSSES,AS WELL AS THE PERPETUAL LOSSES FROM LOSS OF INCOME,LOSS OF INVESTMENT/PROPERTIES DUE TO THE DEFENDANTS AND FURTHER PRAY:

THE PLAINTIFF PRAYS FOR INJUNCTIVE RELIEF TO PREVENT IRREPERABLE HARM AND FURTHER LOSS,INJURY AND DETRIMENT TO THE PLAINTIFF;

**THE PLAINTIFF FURTHER PRAYS FOR** REPLEVIN/RECOVERY OF MONIES AND PROPERTIES NUNC PRO TUNC TO DECEMBER 1,2000, DAMAGES-INCLUDING DAMAGES FROM INJURY TO PLAINTIFF BY TORTFEASOR DEFENDANTS AND PUNITIVE DAMAGES,COSTS,ALL ASSOCIATED FEES AGAINST DEFENDANTS,DISCHARGE OF DEBTS ASSOCIATED WITH RESPECTIVE DEFENDANTS,INJUNCTIVE AND EQUITABLE  RELIEF AGAINST DEFENDANTS,DECLARATORY JUDGMENT AGAINST DEFENDANTS,PUNITIVE DECREES AND SANCTIONS AGAINST DEFENDANTS;

**THE PLAINTIFF FURTHER PRAYS FOR ORDER RECOVERING ALL PROPERTY [INCLUDING PERSONAL PROPERTY,PERSONAL EFFECTS],ALL REAL ESTATE OBTAINED BY STATE JUDICIAL PROCESS,MONIES OBTAINED BY ANY MEANS, AND RETURNING TO THE DEBTOR AS TRUSTEE FOR HER ESTATE THEIR  FULL TITLE,OWNERSHIP AND DELIVERING POSSESSION TO THE DEBTOR NUNC PRO TUNC TO DECEMBER 1,2000;**

**THE PLAINTIFF FURTHER PRAYS FOR  ORDER DISCHARGING ALL CLAIMS OF THE DEFENDANTS 1-55,DEFENDANTS' ASSIGNEES,AGENTS,TRUSTEES, AND ALL ENTITIES CLAIMING TO BE - HOLDERS IN DUE COURSE FOR SAID DEFENDANTS' ALLEGED DEBTS NUNC PRO TUNC TO DECEMBER 1,2000 ;**

**THE PLAINTIFF FURTHER PRAYS FOR  ORDER IMPOSING RULE 11 SANCTIONS AGAINST DEFENDANTS NUNC PRO TUNC TO DECEMBER 1,2000;**

LF-39 (rev 12/01/98)

THE PLAINTIFF FURTHER PRAYS FOR  ORDER DIRECTING DISCIPLINARY ACTION AND

STATUTORY PUNISHMENT OF DEFENDANTS NUNC PRO TUNC TO DECEMBER 1,2000 AND

DISQUALIFYING ALL JUDICIAL AND GOVERNMENT EMPLOYEE OFFICIALS,DEFENDANTS IN THIS

CASE,FOR BIAS AND PREDJUDICE;

THE PLAINTIFF FURTHER PRAYS FOR DECLARATORY JUDGMENT TO ANY OF THE FOREGOING

CAUSES OF ACTIONS STATED IN THIS COMPLAINT;

THE PLAINTIFF FURTHER PRAYS FOR  HABEAS CORPUS WRIT DIRECTING ALL DEFENDANTS TO

BE BROUGHT BEFORE THIS COURT;

THE PLAINTIFF FURTHER PRAYS FOR ANY NECESSARY ORDER,JUDGEMENT OR DECREE TO

PROVIDE THE PLAINTIFF THE RELIEF REQUESTED IN THIS COMPLAINT,CORRECT CIVIL RIGHTS

AND CONSTITUTIONAL VIOLATIONS,AND TO PROTECT THE PLAINTIFF FROM THE ABOVE-

DESCRIBED ACTIVITY,THE ABOVE-DESCRIBED DEFENDANTS AND THEIR ASSIGNEES,AGAINST

THOSE GRIEVANCES COMPLAINED OR THOSE UNKNOWN TO HER RELATIVE TO THIS

COMPLAINT NOW OR IN THE FUTURE,FROM OPPRESSION AND FROM FURTHER HARM,FROM

RETALLIATORY ACTION,WHISTLEBLOWER RETALLIATION,THREATS,GENERAL

ACTS,BEAUROCRATIC ATTACKS,ACTS OF VIOLENCE,AND ACTS OF PSYCHOLOGICAL

OPPRESSION: BY ANY MEANS AVAILABLE AND ACTIONABLE BY THIS COURT OR ITS LAWFUL

ADMINISTRATORS AND ASSIGNEES;

**THE PLAINTIFF FURTHER PRAYS FOR ATTORNEYS FEES,COURT COSTS AND PRE-JUDGMENT INTEREST ON THE MONETARY DEMAND OF $750,000,000.00 AGAINST ALL DEFENDANTS,SINGULARLY AND COLLECTIVELY,FOR GENERAL DAMAGES,COMPENSATORY DAMAGES,DAMAGES FROM PHYSICAL/PERSONAL INJURY,ASSAULT AND DEPRIVATIONS OF PEACE AND SANCTITY OF WELL-BEING,LOSS OF INCOME,MEDICAL EXPENSES FOR HER AND HER FAMILY,PUNITIVE DAMAGES,STATUTORY DAMAGES AND DAMAGES FOR BREACHES OF PUBLIC TRUST AND ANY OTHER UNKNOWN AND TO BE DETERMINED IN THE COURSE OF THIS LITIGATION AND BY RESERVATION OF VENUE OF THE COURT AFTER LITIGATION.**

LF-39 (rev 12/01/98)

REQUESTED AND SUBMITTED B^

ROSE JARRELL

DECEMBER 23,2001

1-14-2002

12457 EVERARD DRIVE
SPRING HILL , FL- 34609
PH: (352) 684-5760

COPIES SENT BY U.S. MAIL TO:

ROSE JARRELL
ROOM 2272 BEL.
AT SPRING HILL REGIONAL HOSPITAL
10461 QUALITY DRIVE
SPRING HILL,FL. 34609

RESPECTFULLY SUBMITTED:

ROSE JARRELL

1- 23 - 2002